**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MARC S. CWIK
Nevada Bar No. 006946
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89122
Marc.Cwik@lewisbrisbois.com

*Attorneys for Defendant, TSC ACCOUNTS RECEIVABLE SOLUTIONS*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Valerie McKinney,<br><br>              Plaintiff,<br><br>Vs.<br><br>Experian Information Solutions, Inc., TSC Accounts Receivable Solutions; and Backgroundchecks.Com, LLC,<br><br>              Defendants. | Case No. 2:22-CV-01354-GMN-VCF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff VALERIA McKINNEY ("Plaintiff") and Defendant TSC ACCOUNTS RECEIVABLE SOLUTIONS ("Defendant"), through their respective counsel of record, hereby stipulate to extend the time by which Defendant shall respond to Plaintiff's Complaint.

**STIPULATION**

WHEREAS, Plaintiff filed this action on August 23, 2022;

WHEREAS, Defendant requested and Plaintiff granted an extension until October 10th, 2022, for Defendant to respond to the Complaint;

NOW, THEREFORE, Plaintiff and Defendant hereby stipulate to an extension of time to October 10th, 2022, for Defendant to respond to Plaintiff's Complaint.

This extension of time does not operate as any admission against interest by Plaintiff concerning the Complaint [ECF No. 1], nor as a waiver of any defense that Defendant may have with regard to the Complaint [ECF No. 1], to the Court's jurisdiction over this matter, to the venue

1  of this matter, or to service and service of process.

2      This is the first request for an extension. It is not intended for an improper purpose or to

3  cause delay, but is made in good faith after discussions between the counsel of record.

DATED this 7th day of October, 2022.       DATED this 7th day of October, 2022.

**KIND LAW**                               **LEWIS BRISBOIS BISGAARD & SMITH LLP**

 /s/   *Michael Kind*                       /s/   *Marc S. Cwik*
MICHAEL KIND, ESQ.                         MARC S. CWIK, ESQ.
Nevada Bar No.: 13903                      Nevada Bar No. 6946
8860 South Maryland Parkway, Suite 106     6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89123                    Las Vegas, NV 89118
(702) 337-2322                             marc.cwik@lewisbrisbois.com
(702) 329-5881 (fax)
mk@kindlaw.com                             *Attorneys for Defendant, TSC ACCOUNTS*
                                           *RECEIVABLE SOLUTIONS*
**FREEDOM LAW FIRM**
GEORGE HAINES ESQ.
Nevada Bar No. 9411
GERARDO AVALOS ESQ.
Nevada Bar No. 15171
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com

*Counsel for Plaintiff, VALERIE MCKINNEY*

## ORDER

**IT IS SO ORDERED.**

.                                          IT IS SO ORDERED.

                                           _____
                                           Cam Ferenbach
                                           United States Magistrate Judge

                                                   10-11-2022
                                           DATED _____