1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   MARC S. CWIK
2  Nevada Bar No. 006946
   6385 S. Rainbow Blvd., Suite 600
3  Las Vegas, NV 89122
4  Marc.Cwik@lewisbrisbois.com

5  *Attorneys for Defendant, TSC ACCOUNTS*
   *RECEIVABLE SOLUTIONS*
6

7                    UNITED STATES DISTRICT COURT

8                        DISTRICT OF NEVADA

9

10 Valerie McKinney,                        Case No. 2:22-CV-01354-GMN-VCF

11          Plaintiff,                      **STIPULATION TO EXTEND TIME TO**
                                            **RESPOND TO COMPLAINT**
12      Vs.
                                            **[SECOND REQUEST]**
13 Experian Information Solutions, Inc., TSC
   Accounts  Receivable Solutions; and
14 Backgroundchecks.Com, LLC,

15          Defendants.

16

17      Plaintiff VALERIA McKINNEY ("Plaintiff") and Defendant TSC ACCOUNTS

18 RECEIVABLE SOLUTIONS  ("Defendant"), through their respective counsel of record, hereby

19 stipulate to extend the time by which Defendant shall respond to Plaintiff's Complaint.

20                               **STIPULATION**

21      WHEREAS, Plaintiff filed this action on August 23, 2022;

22      WHEREAS, Defendant requested and Plaintiff granted an extension until October 10th ,

23 2022, for Defendant to respond to the Complaint;

24      NOW, THEREFORE, Plaintiff and Defendant hereby stipulate to an extension of time to

25 October 14th, 2022, for Defendant to respond to Plaintiff's Complaint.

26      This extension of time does not operate as any admission against interest by Plaintiff

27 concerning the Complaint [ECF No. 1], nor as a waiver of any defense that Defendant may have

28 with regard to the Complaint [ECF No. 1], to the Court's jurisdiction over this matter, to the venue

**LEWIS**
**BRISBOIS**
**BISGAARD**
**& SMITH LLP**
ATTORNEYS AT LAW

1   of this matter, or to service and service of process.

2        This is the second request for an extension. It is not intended for an improper purpose or to

3   cause delay, but is made in good faith after discussions between the counsel of record due to current

4   calendar conflicts and of defense counsel.

5

6   DATED this 10th day of October, 2022.          DATED this 10th day of October, 2022.

7   **KIND LAW**                                   **LEWIS BRISBOIS BISGAARD & SMITH LLP**

8
    _/s/   Geraldo Avalos_                          _/s/   Marc S. Cwik_
9   MICHAEL KIND, ESQ.                             MARC S. CWIK, ESQ.

10  Nevada Bar No.: 13903                          Nevada Bar No. 6946
    8860 South Maryland Parkway, Suite 106         6385 S. Rainbow Boulevard, Suite 600
11  Las Vegas, Nevada 89123                        Las Vegas, NV 89118
    (702) 337-2322                                 marc.cwik@lewisbrisbois.com
12  (702) 329-5881 (fax)
    mk@kindlaw.com                                 *Attorneys for Defendant, TSC ACCOUNTS*
13
                                                   *RECEIVABLE SOLUTIONS*
14  **FREEDOM LAW FIRM**
    GEORGE HAINES ESQ.
15  Nevada Bar No. 9411
    GERARDO AVALOS ESQ.
16  Nevada Bar No. 15171
    8985 S. Eastern Ave., Suite 350
17  Las Vegas, Nevada 89123
    (702) 880-5554
18  (702) 385-5518 (fax)
    Ghaines@freedomlegalteam.com
19
20  *Counsel for Plaintiff, VALERIE MCKINNEY*

21

22                                IT IS SO ORDERED.

23

24                                _____
                                  Cam Ferenbach
25                                United States Magistrate Judge
                                          10-11-2022
26  .                             DATED _____

27

28

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT [SECOND REQUEST]**

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW