Diana G. Dickinson, Esq.
Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email:          ddickinson@littler.com

Attorney for Defendant
BACKGROUNDCHECKS.COM LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

VALERIE MCKINNEY,

               Plaintiff,

    v.

EXPERIAN INFORMATION SOLUTIONS,
INC., TSC ACCOUNTS RECEIVABLE
SOLUTIONS and
BACKGROUNDCHECKS.COM LLC,

               Defendants.

Case No. 2:22-cv-01354-GMN-VCF

**STIPULATION TO EXTEND TIME FOR DEFENDANT BACKGROUNDCHECKS.COM LLC TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

**[FIRST REQUEST]**

Plaintiff VALERIE MCKINNEY ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of December 27, 2022, up to and including **January 26, 2023.**

The requested extension is necessary in light of the fact that Defendant's counsel was recently retained.  The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint.

/ / /

/ / /

/ / /

This is the first request for an extension of time to respond to the Complaint.  This request is made in good faith and not for the purpose of delay.

Dated: December 27, 2022

Respectfully submitted,

_/s/ Michael Kind_
MICHAEL KIND, ESQ.
KIND LAW

GEORGE HAINES, ESQ.
GERARDO AVALOS, ESQ.
FREEDOM LAW FIRM, LLC

_Attorneys for Plaintiff_
VALERIE MCKINNEY

Dated:  December 27, 2022

Respectfully submitted,

_/s/ Diana G. Dickinson_
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

_Attorney for Defendant_
BACKGROUNDCHECKS.COM LLC

**IT IS SO ORDERED.**

Dated:  1-11-2023

UNITED STATES MAGISTRATE JUDGE

4855-6693-9460.1 / 107811-1025

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

2