1
2
3
4
5

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Valerie McKinney

        Plaintiff(s),

vs.

Experian Information Solutions, Inc., TSC Accounts Receivable Solutions and Backgroundchecks.com, LLC

        Defendant(s).

Case #2:22-CV-01354-GMN-VCF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Larissa G. Nefulda_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Lewis Brisbois Bisgaard & Smith LLC_____
(firm name)

with offices at _____633 West 5th Street, Suite 4000_____,
(street address)

_____Los Angeles_____, _____California_____, _____90071_____,
(city)                              (state)                           (zip code)

_____(213) 250.1800_____, _____Larissa.Nefulda@lewisbrisbois.com_____.
(area code + telephone number)          (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____TSC Accounts Receivable Solutions_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since __June 19, 1999__, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __California__
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC - Central District of California | 10/16/03 | 201903 |
| USDC - Northern District of California | 7/20/01 | 201903 |
| USDC - Southern District of California | 11/6/06 | 201903 |
| USDC - Eastern District of California | 5/28/04 | 201903 |
|  |  |  |
|  |  |  |
|  |  |  |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None.

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) California

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

|   |   |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2 | FOR THE PURPOSES OF THIS CASE ONLY. |

_____
Petitioner's signature

STATE OF ___California___ )
COUNTY OF ___Los Angeles___ )

___Larissa G. Nefulda___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___11___ day of ___January___, ___2023___

_____
Notary Public or Clerk of Court

SHEILA NEALEY WASHINGTON
Notary Public - California
Los Angeles County
Commission # 2337740
My Comm. Expires Nov 19, 2024

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Marc S. Cwik___, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___6385 S. Rainbow Blvd., Suite 600___
(street address)

___Las Vegas___, ___Nevada___, ___89118___
(city)       (state)       (zip code)

___(702) 893-3383___, ___Marc.Cwik@lewisbrisbois.com___
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Marc S. Cwik_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

MICHAEL SHERMAN, PRESIDENT
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

6946                          Marc.Cwik@lewisbrisbois.com
Bar number                    Email address

### ORDER

**IT IS SO ORDERED.**

Dated this __18__ day of January, 2023

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

5

Rev. 5/16



**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

January 13, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LARISSA RAMOS GUERRERO, #201903 was admitted to the practice of law in this state by the Supreme Court of California on June 9, 1999; that at her request, on January 29, 2001, her name was changed to LARISSA GUERRERO NEFULDA on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*[signature]*

Alex Calderon
Custodian of Records

# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that _Larissa G. Nefulda_, Bar No. _201903_ was duly admitted to practice in this Court on _October 16, 2003_
DATE

and is active and in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on _January 10, 2023_
Date

KIRY K. GRAY
Clerk of Court

By _(signature)_

Shea Bourgeois, Deputy Clerk



G-52 (10/15)   CERTIFICATE OF GOOD STANDING