Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Valerie McKinney*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Valerie McKinney,<br>              Plaintiff,<br> v.<br><br>Experian Information Solutions, Inc., et. al<br>              Defendants. | Case No.: 2:22-cv-01354-GMN-VCF<br><br>**Stipulation for dismissal of TSC Accounts Receivable Solutions with prejudice** |

   Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Valerie McKinney and TSC Accounts Receivable Solutions stipulate to dismiss Plaintiff's

STIPULATION                                                    - 1 -

claims against TSC Accounts Receivable Solutions with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: April 24, 2023.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Valerie McKinney*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ Marc Cwik
Larissa Nefulda, Esq.
Marc Cwik, Esq.
Stephen H. Turner, Esq.
Lewis Brisbois Bisgaard & Smith LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Counsel for TSC Accounts Receivable Solutions*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: April 25, 2023

STIPULATION                                   - 2 -